McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                          ) | CR. S-07-0199 GEB |
|             Plaintiff,                      ) | |
|                                                          ) | STIPULATION AND [PROPOSED] ORDER |
|                                                          ) | CONTINUING STATUS CONFERENCE |
|                                                          ) | |
| MIGUEL ANGEL GARCIA,               ) | |
|                                                          ) | |
|             Defendants.                  ) | |

The parties request that the status conference currently set for July 6, 2007, at 9:00 am, be continued to August 17, 2007, and stipulate that the time beginning July 6, 2007, and extending through August 17, 2007, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time. 18 U.S.C. § 3161(h)(8)(A). In particular, the parties are engaged in plea negotiations and need additional time to research legal and factual issues that have arisen during those negotiations. The parties stipulate and agree that the interests of justice
///
///

1

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: July 3, 2007           By:/s/ Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney

Dated: July 3, 2007           By:/s/ Dan Davis
                                 DANIEL M. DAVIS
                                 Attorney for defendant

## ORDER

The status conference in case number S-07-0199 GEB, currently set for July 6, 2007, at 9:00 am, is continued to August 17, 2007, and the time beginning July 6, 2007, and extending through August 17, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  July 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge