IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-07-0199 GEB DAD P

    vs.

MIGUEL GARCIA,

    Movant.                  <u>ORDER</u>

_____/

        On November 20, 2008, movant filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On March 12, 2009, respondent filed a response to the motion, arguing that the motion fails to allege any constitutional infirmity upon which relief may be granted.

        Movant was represented by counsel during his criminal proceedings. However, according to movant's § 2255 motion, he is now proceeding pro se. Upon review of the docket, it appears that the Clerk of the Court has inadvertently failed to update movant's status and current address. Good cause appearing, the court will direct the Clerk of the Court to amend the docket to reflect movant's pro se status and current address and to re-serve all documents filed in this action since movant filed his § 2255 motion. In addition, the court will grant movant thirty days from the date of this order to file a reply, if any, to respondent's response to his motion.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to amend the docket to reflect movant's pro se status and current address of record. The Clerk of the Court is further directed to re-serve movant with all documents filed in this action since November 20, 2008; and

2. Movant is granted thirty days from the date of service of this order in which to file a reply, if any, to respondent's response to his motion.

DATED: April 27, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
garc0199.svc