IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,               No. CR S-07-0199 GEB DAD P

  vs.

MIGUEL ANGEL GARCIA,

      Movant.                  <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 15, 2010, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. Movant has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed June 15, 2010, are adopted in full;

2. Movant's November 20, 2008 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 20) is denied; and

3. The Clerk of the Court is directed to close the companion civil case No. CIV S-08-2854 GEB DAD P.

Dated: July 12, 2010

GARLAND E. BURRELL, JR.
United States District Judge